UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION
NO. _____

DUSTIN GREEN
*Plaintiff*

v.

TEAM FUSION, LLC
*Defendants*

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS:

### BACKGROUND

1. Team Fusion, LLC, is the defendant in a civil action brought on December 2, 2019, in the Justice of the Peace Court, Precinct One of Tarrant County Texas, entitled "Dustin Green, Plaintiff against Team Fusion, LLC, Defendant," Cause No. JP01-19-SC00014152. A copy of the citation, petition, and answer in that action is attached and constitutes all process, pleading, and orders served in the action.

2. The citation and petition in this action were served on December 17, 2019, at the registered agent's office for Team Fusion, LLC. This notice of removal is filed within 30 days of receipt of the petition and is timely filed under 28 U.S.C. § 1446(b).

### BASIS FOR REMOVAL

3. Removal of this action is proper under 28 U.S.C. 1441, since it is a civil action brought in a state court, and the federal district courts have original jurisdiction over the subject matter

under 28 U.S.C. § 1331 because the case arises under federal law.

**PRAYER**

WHEREFORE, Team Fusion, LLC, defendant in this action, pursuant to these statutes and in conformance with the requirements set forth in 28 U.S.C. § 1446, remove this action for trial from Justice of the Peace Court, Precinct One of Tarrant County to this Court, on this 30th day of December, 2019.

                                      Respectfully submitted,

                                      J.N. Richards Law, P.C.

By: _____
                                      James Nathan Richards
                                      State Bar. No. 24091810
                                      nate@jnrichardslawpc.com
                                      15601 Dallas Parkway
                                      Suite 900
                                      Addison, Texas 75001
                                      817-565-2277 Phone
                                      Attorney for Team Fusion, LLC

# COURT COPY

CONSTABLES RETURN

CAME TO HAND ON THE _____ DAY OF _____ A.D. 20 ____ ,AT _____ O'CLOCK, ____ M.

AND EXECUTED ON THE _____ DAY OF _____ , 20 ____ ,AT _____ O'CLOCK, ____ M.

BY DELIVERING IN PERSON A TRUE COPY OF THIS CITATION TO DEFENDANT(S) **(NAMES)** AT **(ADDRESS)** _____

---

**IF GRANTED BY THE COURT: ALTERNATIVE SERVICE OF CITATION**

_____ BY RULE 501.2 (E) (1) MAILING A COPY OF THE CITATION WITH A COPY OF THE PETITION ATTACHED BY FIRST CLASS MAIL TO THE DEFENDANT AT A SPECIFIED ADDRESS, AND ALSO LEAVING A COPY THE CITATION WITH PETITION ATTACHED AT THE DEFENDANT'S RESIDENCE OR OTHER PLACE WHERE THE DEFENDANT CAN PROBABLY BE FOUND WITH ANY PERSON FOUND THERE WHO IS AT LEAST 16 YEARS OF AGE; **OR**

_____ (2) MAILING A COPY OF THE CITATION WITH A COPY OF THE PETITION ATTACHED BY FIRST CLASS MAIL TO THE DEFENDANT AT A SPECIFIED ADDRESS AND ALSO SERVING BY ANY OTHER METHOD THAT THE COURT FINDS IS REASONABLY LIKELY TO PROVIDE THE DEFENDANT WITH NOTICE OF THE SUIT.

APPROVED METHOD: _____

RETURNED TO COURT AND NOT SERVED FOR THE FOLLOWING REASONS: _____

FEES:

SERVICE...$ _____   SHERIFF/CONSTABLE – PCT. NO ____ , ____ COUNTY, TX

OTHER......$ _____   DEPUTY SIGNATURE: _____

TOTAL......$ _____   DEPUTY NAME: _____

---

**ORIGINAL CIVIL CITATION**

IN THE JUSTICE COURT                                         ISSUED DECEMBER 05, 2019

JUDGE RALPH SWEARINGIN, JR
JUSTICE COURT, PRECINCT ONE                       817-884-1395
100 W. WEATHERFORD ST. ROOM 450                FAX 817-850-2342
FORT WORTH, TX 76196

CASE NO. JP01-19-SC00014152

PLAINTIFF(S):
**DUSTIN GREEN**                    6720 SUMMIT RIDGE DR            HOME: 817-680-1755
                                    WATAUGA, TX 76148

ATTORNEY(S) FOR PLAINTIFF(S):

VS.

DEFENDANT(S):
**TEAM FUSION, LLC**                5000 EL DORADO PARKWAY, STE 150   WORK: 469-906-9726
                                    FRISCO, TX 75033-8443

ATTORNEY(S) FOR DEFENDANT(S):

---

PPS                    CASE NUMBER: JP01-19-SC00014152

**** ORIGINAL CIVIL CITATION ****

THE STATE OF TEXAS

TO: **TEAM FUSION, LLC**
5000 EL DORADO PARKWAY STE 150
FRISCO TX 75033-8443

DEFENDANT, GREETING:

YOU ARE HEREBY COMMANDED TO APPEAR BY FILING A WRITTEN ANSWER TO THE PLAINTIFF'S PETITION BEFORE THE JUSTICE COURT, PRECINCT ONE AT 100 W. WEATHERFORD, ROOM 450 FORT WORTH TEXAS 76196, SAID PLAINTIFF BEING

**DUSTIN GREEN**                                                                                   PLAINTIFF

AND SAID:

**TEAM FUSION, LLC**                                                                         DEFENDANT

FILED ON THIS THE 2ND DAY OF DECEMBER, 2019, FILE NO. **JP01-19-SC00014152** SUED UPON: SEE PETITION ATTACHED, PLUS COURT COSTS.

PLAINTIFF RESERVES THE RIGHT TO PLEAD FURTHER ORALLY AT TIME OF TRIAL
*******************************************************************************

**NOTICE TO DEFENDANT**

"YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY TO HELP YOU IN DEFENDING AGAINST THIS LAWSUIT. BUT YOU ARE NOT REQUIRED TO EMPLOY AN ATTORNEY. YOU OR YOUR ATTORNEY MUST FILE AN ANSWER WITH THE COURT. YOUR ANSWER IS DUE BY THE END OF THE 14TH DAY AFTER THE DAY YOU WERE SERVED THESE PAPERS. IF THE 14TH DAY IS A SATURDAY, SUNDAY, OR LEGAL HOLIDAY, YOUR ANSWER IS DUE BY THE END OF THE FIRST DAY FOLLOWING THE 14TH DAY THAT IS NOT A SATURDAY, SUNDAY, OR LEGAL HOLIDAY. DO NOT IGNORE THESE PAPERS. IF YOU DO NOT FILE AN ANSWER BY THE DUE DATE, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU. FOR FURTHER INFORMATION, CONSULT PART V OF THE TEXAS RULES OF CIVIL PROCEDURE, WHICH IS AVAILABLE ONLINE AND ALSO AT THE COURT LISTED ON THIS CITATION." UPON TIMELY REQUEST, NO LATER THAN 14 DAYS BEFORE THE DAY SET FOR TRIAL, AND PAYMENT OF A $22.00 JURY FEE, THIS CASE WILL BE HEARD BY A JURY."
*******************************************************************************

THE OFFICER EXECUTING THIS WRIT SHALL PROMPTLY SERVE THE SAME ACCORDING TO REQUIREMENTS OF LAW, AND THE MANDATES HEREOF, AND MAKE DUE RETURN AS THE LAW DIRECTS.

GIVEN UNDER MY HAND ON THIS THE 5TH DAY OF DECEMBER, 2019.



JUDGE RALPH SWEARINGIN, JR
A JUSTICE OF THE PEACE IN AND FOR
PRECINCT ONE, TARRANT COUNTY, TEXAS

Signed 12/5/2019 3:34:01 PM

BY: _____
CLERK OF THE JUSTICE COURT

# SERVICE COPY

CONSTABLES RETURN

CAME TO HAND ON THE _____ DAY OF _____ A.D. 20 _____ ,AT _____ O'CLOCK, _____ M.

AND EXECUTED ON THE _____ DAY OF _____ , 20 _____ ,AT _____ O'CLOCK, _____ M.

BY DELIVERING IN PERSON A TRUE COPY OF THIS CITATION TO DEFENDANT(S) **(NAMES)** AT **(ADDRESS)** _____

_____

**IF GRANTED BY THE COURT: ALTERNATIVE SERVICE OF CITATION**
_____ BY RULE 501.2 (E) (1) MAILING A COPY OF THE CITATION WITH A COPY OF THE PETITION ATTACHED BY FIRST CLASS MAIL TO THE DEFENDANT AT A SPECIFIED ADDRESS, AND ALSO LEAVING A COPY THE CITATION WITH PETITION ATTACHED AT THE DEFENDANT'S RESIDENCE OR OTHER PLACE WHERE THE DEFENDANT CAN PROBABLY BE FOUND WITH ANY PERSON FOUND THERE WHO IS AT LEAST 16 YEARS OF AGE; **OR**
_____ (2) MAILING A COPY OF THE CITATION WITH A COPY OF THE PETITION ATTACHED BY FIRST CLASS MAIL TO THE DEFENDANT AT A SPECIFIED ADDRESS AND ALSO SERVING BY ANY OTHER METHOD THAT THE COURT FINDS IS REASONABLY LIKELY TO PROVIDE THE DEFENDANT WITH NOTICE OF THE SUIT.
**APPROVED METHOD:** _____

RETURNED TO COURT AND NOT SERVED FOR THE FOLLOWING REASONS: _____

FEES:
SERVICE...$ _____    SHERIFF/CONSTABLE – PCT. NO _____ , _____ COUNTY, TX

OTHER......$ _____    DEPUTY SIGNATURE: _____

TOTAL......$ _____    DEPUTY NAME: _____

**ORIGINAL CIVIL CITATION**

IN THE JUSTICE COURT                               ISSUED DECEMBER 05, 2019

JUDGE RALPH SWEARINGIN, JR
JUSTICE COURT, PRECINCT ONE                        817-884-1395
100 W. WEATHERFORD ST. ROOM 450                    FAX 817-850-2342
FORT WORTH, TX 76196

CASE NO. JP01-19-SC00014152

PLAINTIFF(S):
**DUSTIN GREEN**               6720 SUMMIT RIDGE DR          HOME: 817-680-1755
                               WATAUGA, TX 76148

ATTORNEY(S) FOR PLAINTIFF(S):

VS.

DEFENDANT(S):
**TEAM FUSION, LLC**           5000 EL DORADO PARKWAY, STE 150    WORK: 469-906-9726
                               FRISCO, TX 75033-8443

ATTORNEY(S) FOR DEFENDANT(S):

PPS                    CASE NUMBER: **JP01-19-SC00014152**

**** ORIGINAL CIVIL CITATION ****

THE STATE OF TEXAS

TO:  TEAM FUSION, LLC
     5000 EL DORADO PARKWAY STE 150
     FRISCO TX 75033-8443

DEFENDANT, GREETING:

YOU ARE HEREBY COMMANDED TO APPEAR BY FILING A WRITTEN ANSWER TO THE PLAINTIFF'S PETITION BEFORE THE JUSTICE COURT, PRECINCT ONE AT 100 W. WEATHERFORD, ROOM 450 FORT WORTH TEXAS 76196, SAID PLAINTIFF BEING

**DUSTIN GREEN**                                                                PLAINTIFF

AND SAID:

**TEAM FUSION, LLC**                                                           DEFENDANT

FILED ON THIS THE 2ND DAY OF DECEMBER, 2019, FILE NO. JP01-19-SC00014152 SUED UPON: SEE PETITION ATTACHED, PLUS COURT COSTS.

PLAINTIFF RESERVES THE RIGHT TO PLEAD FURTHER ORALLY AT TIME OF TRIAL
****************************************************************************************

### NOTICE TO DEFENDANT

"YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY TO HELP YOU IN DEFENDING AGAINST THIS LAWSUIT. BUT YOU ARE NOT REQUIRED TO EMPLOY AN ATTORNEY. YOU OR YOUR ATTORNEY MUST FILE AN ANSWER WITH THE COURT. YOUR ANSWER IS DUE BY THE END OF THE 14TH DAY AFTER THE DAY YOU WERE SERVED THESE PAPERS. IF THE 14TH DAY IS A SATURDAY, SUNDAY, OR LEGAL HOLIDAY, YOUR ANSWER IS DUE BY THE END OF THE FIRST DAY FOLLOWING THE 14TH DAY THAT IS NOT A SATURDAY, SUNDAY, OR LEGAL HOLIDAY. DO NOT IGNORE THESE PAPERS. IF YOU DO NOT FILE AN ANSWER BY THE DUE DATE, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU. FOR FURTHER INFORMATION, CONSULT PART V OF THE TEXAS RULES OF CIVIL PROCEDURE, WHICH IS AVAILABLE ONLINE AND ALSO AT THE COURT LISTED ON THIS CITATION." UPON TIMELY REQUEST, NO LATER THAN 14 DAYS BEFORE THE DAY SET FOR TRIAL, AND PAYMENT OF A $22.00 JURY FEE, THIS CASE WILL BE HEARD BY A JURY."
****************************************************************************************

THE OFFICER EXECUTING THIS WRIT SHALL PROMPTLY SERVE THE SAME ACCORDING TO REQUIREMENTS OF LAW, AND THE MANDATES HEREOF, AND MAKE DUE RETURN AS THE LAW DIRECTS.

GIVEN UNDER MY HAND ON THIS THE 5TH DAY OF DECEMBER, 2019.

JUDGE RALPH SWEARINGIN, JR
A JUSTICE OF THE PEACE IN AND FOR
PRECINCT ONE, TARRANT COUNTY, TEXAS

Signed 12/5/2019 3:34:00 PM

BY: _____
CLERK OF THE JUSTICE COURT

FILED
12/2/2019 8:50 PM
Judge Ralph Swearingin
Justice of the Peace, Precinct 1
Tarrant County

## PETITION: SMALL CLAIMS CASE

JP01-19-SC00014152

CASE NO. (court use only) _____

In the Justice Court, Precinct __1__, __Tarrant__ County, Texas

MAIL TO PLTF   E-FILED

**Dustin Green**
PLAINTIFF

VS.

Total Fusion LLC 5000 El Dorado Parkway, Ste 150 Frisco, TX 75033
DEFENDANT(S)

COMPLAINT: The basis for the claim which entitles the plaintiff to seek relief against the defendant is:
The Plaintiff (Dustin Green) has received a minimum of three (3) incoming text messages on his cell phone on behalf of the Defendant (Team Fusion LLC). The Plaintiff's phone number has been registered on the National Do Not Call registry since 2006 and the unsolicited text messages from the Defendant were made without the Plaintiff's expressed invitation, permission, or consent. Complaint is citing the Telephone Consumer Protection Act (47 U.S.C. § 227), which states such violation makes the Defendant liable for $500 for each violation; in addition, willful or knowing violations may triple the damage award.

RELIEF: Plaintiff seeks damages in the amount of   $4,500.00   , and/or return of personal property as described as follows (be specific):                                                                       , which has a value of
Additionally, plaintiff seeks the following:

plus all costs of court as allowed by law.
SERVICE OF CITATION: Service is requested on defendants by personal service at home or work or by alternative service as allowed by the Texas Justice Court Rules of Court. Other addresses where the defendant(s) may be served are:
**Registered Agent: Cook Legal Group, LLLP**
**790 W. Sam Houston Parkway N, Suite 202**
**Houston, TX 77024**

[X] If you wish to give your consent for the answer and any other motions or pleadings to be sent to your email address, please check this box, and provide your valid email address:  jayanddeegreen@gmail.com                                              .

I declare under penalty of perjury, pursuant to the law of the State of Texas, that all information provided is true and correct.

| Dustin Green | /s/ Dustin Green |
|---|---|
| Petitioner's Printed Name | Signature of Plaintiff or Attorney |

**6720 Summit Ridge Drive**
Address of Plaintiff's Attorney, if any, or Plaintiff if none

DEFENDANT(S) INFORMATION (if known):
DATE OF BIRTH:_____

**Watauga, TX 76148**
City                State                Zip

*LAST 3 NUMBERS OF DRIVER LICENSE:_____
*LAST 3 NUMBERS OF SOCIAL SECURITY:_____

Ph.  817-680-1755          Fax. _____

DEFENDANT'S PHONE NUMBER: **469-906-9726**

Phone & Fax No. of Plaintiff's Attorney, if any, or Plaintiff if none
jayanddeegreen@gmail.com

Small Claim Petition. 7/2013

Case 4:19-cv-01069-O-BP   Document 1   Filed 12/30/19   Page 8 of 9   PageID 9

FILED
12/27/2019 1:31 PM
Judge Ridll Swearingin
Justice of the Peace, Precinct 1
Tarrant County

# CAUSE NO.  JP01-19-SC00014152

| | | |
|---|---|---|
| DUSTIN GREEN<br>*Plaintiff* | § § § § | IN THE JUSTICE COURT |
| v. | § § § | PRECINCT ONE |
| TEAM FUSION, LLC<br>*Defendants* | § § § § | TARRANT COUNTY, TEXAS |

### ORIGINAL ANSWER

TO THE HONORABLE COURT:

TEAM FUSION, LLC the defendant, files this original answer to plaintiff's original petition, and by way of answer shows:

### GENERAL DENIAL

Defendant, TEAM FUSION, LLC, denies generally every allegation contained in plaintiff's original petition and demands strict proof by a preponderance of the credible evidence.

### PRAYER

WHEREFORE, TEAM FUSION, LLC, the defendant, requests judgment of the court as follows:

1. That if this action is not the plaintiff, take nothing by this suit.

2. That the defendant recovers all costs together with such other and further relief to which the defendant may be justly entitled.

Respectfully submitted,

J.N. Richards Law, P.C.

By: _____
James Nathan Richards

        State Bar. No. 24091810
nate@jnrichardslawpc.com
15601 Dallas Parkway
Suite 900
Addison, Texas 75001
817-565-2277 Phone
Attorney for Defendant

## CERTIFICATE OF SERVICE

      Pursuant to Rule 21 of the Texas Rules of Civil Procedure, the undersigned certifies that all parties or attorneys of record have been served this pleading on December 27, 2019.

James N. Richards